UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

SALVATORE NAIMO,                                         Case No.: 19-40173-las

                           Debtor(s)                             Chapter 13
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned appears as counsel of record for Antonio Coppola, a creditor of the above-captioned debtor, hereby requests that all notices given or required to be given in this proceeding be given to and served upon the undersigned at the offices and address set forth below.

**PLEASE TAKE FURTHER NOTICE** that the instant request is not limited to notices, and includes all documents, pleadings, and correspondence filed in the within proceeding, and includes any and all communications and correspondence pertaining to the instant proceeding.

Dated:  May 1, 2019
       Astoria, New York

                                             */s/Norma E. Ortiz*
                                             Norma E. Ortiz , Esq.
                                             ORTIZ & ORTIZ, L.L.P.
                                             32-72 Steinway Street, Suite 402
                                             Astoria, New York 11103
                                             Tel. (718) 522-1117
                                             Fax. (718) 596-1302